409 A.2d 32

**Robert F. HANSEL, Jr., Administrator d/b/n/c/t/a of the Estate of Robert F. Hansel, Sr., Respondent,**

**v.**

**Girard HANSEL and Leon Hansel, as Co-Executors under the Will of Stephen R. Hansel, Deceased, and Helen E. Hansel, Individually, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 26, 1979.

James A. Naddeo, Clearfield, for petitioners.

Joseph Colavecchi, Clearfield, for respondent.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Superior Court, —— Pa.Super. ——, 407 A.2d 890, is reversed and the case is remanded to the Court of Common Pleas of Clearfield County for a redetermination of the preliminary objections raised by petitioners, including the plea of laches. *See* Pa.R.Civ.Pro. 1509(b).